UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**JULIE R. POLAND,**

Debtor.

Chapter 13
Case No. 22-20054

**ORDER ON TRUSTEE'S MOTION TO DISMISS**

      This matter came before the Court hearing on the Trustee's motion to dismiss the above Chapter 13 case (docket # 44).  The Motion having been properly noticed and served, no timely objection having been filed, and the Court having determined the relief is appropriate based on its review of the motion, the docket, the proposed chapter 13 plan, the certificate of credit counseling, and the schedules,

**IT IS HEREBY ORDERED:**  The Trustee's Motion is **GRANTED** and this case is **DISMISSED.**

Date:  July 12, 2022

/s/ Peter G. Cary
Peter G. Cary
U.S. Bankruptcy Judge
District of Maine